ACCEPTED
01-15-00225-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 12:52:02 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00225-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/23/2015 12:52:02 PM

CHRISTOPHER A. PRINE
Clerk

AARON CHEVALIER,

*Appellant,*

V.

WM ROBERSON,

*Appellee.*

FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT/APPELLEE'S BRIEF

ON APPEAL FROM
CAUSE NO. 1058132
COUNTY CIVIL COURT AT LAW NO. ONE
HARRIS COUNTY, TEXAS

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Aaron Chevalier name, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on July 23, 2015.

Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on August 24, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, counsel for Appellee requests an extension on the grounds that Counsel for Appellee has been ill since July 18, 2015 and is currently still ill. As a solo practitioner, Counsel does not have assistance from other attorneys to finalize the brief. In addition, Counsel for Appellee has a primary responsibility in the lawsuit under Cause No. 35,752; *Custom Care Remodeling, LLC v. Linda Lee Ellegan*, In the 21st Judicial District Court of Washington County, Texas which has extensive discovery due within the next 20 days, which counsel has been spending a great deal of time on. Counsel represents the Defendant in that case. In addition, Counsel will need to request a supplemental trial court record as it doesn't appear that all of the items on Appellant's timely designation where included in the record.

Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has emailed Appellee to determine if he was opposed to the motion. Appellee has not responded to Appellant.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

### PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including August 24, 2015 and grant Appellant all other relief to which it may be entitled.

Respectfully submitted,

_____
Nasischa Anderson
State Bar No.: 24031700
1811 Bering Dr., Suite 300
Houston, Texas 77057
Telephone: (281) 652-5579
Facsimile: (832) 201-7354
**ATTORNEY FOR MOVANT** *Counsel for Appellant*

**CERTIFICATE OF CONFERENCE**

I certify that I have made a reasonable attempt to confer with Appellee but Appellee has not responded. I have been unable to confer with Appellant.

_____
Nasischa Anderson

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2015, I mailed a copy of this motion to the following counsel by First Class U.S. Mail to:

WM Roberson
P.O. Box 842583
Houston, Texas 77284-2583

_____
Nasischa Anderson